UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
POONYA AUP PAPHAT WORRAPONG, *individually
and on behalf of others similarly situated*,

*Plaintiff*,

-against-

116 WEST HOUSTON CHEFSCAPE NYC LLC,
(D/B/A THAIMEE LOVE), HONG THAIMEE (A/K/A
NGAMPROM THAIMEE), and THAIMEE LOVE,

*Defendants*,
-----------------------------------------------------------------X

Civil Action No. **1:23-cv-01432**

**JUDGMENT**

## JUDGMENT

On June 18, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, POONYA AUP PAPHAT WORRAPONG, has judgment against 116 WEST HOUSTON CHEFSCAPE NYC LLC, (D/B/A THAIMEE LOVE), HONG THAIMEE (A/K/A NGAMPROM THAIMEE), and THAIMEE LOVE, jointly and severally, in the amount of Fourteen Thousand Dollars and Zero Cents ($14,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____June 30_____, 2025

_____
HON. JUDGE JEANNETTE A. VARGAS
U.S. DISTRICT JUDGE